UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MENDEZ,<br><br>             Plaintiff/Petitioner,<br><br>       v.<br><br>SANTA CLARA COUNTY SUPERIOR COURT, et al.,<br><br>             Defendants/Respondents. | Case No. 16-cv-02631-HSG (PR)<br><br>**JUDGMENT** |

This action is dismissed for failure to state a claim.  The Clerk shall close the file.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 1, 2016

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MANUEL MENDEZ,

        Plaintiff,

   v.

SANTA CLARA COUNTY SUPERIOR COURT, et al.,

        Defendants.

Case No. 16-cv-02631-HSG

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Manuel Mendez ID: AK3019
Chuckawalla Valley State Prison (CVSP)
P.O. Box 2349
Blythe, CA 92226

Dated: August 1, 2016

        Susan Y. Soong
        Clerk, United States District Court

        By:_____
        Nikki D. Riley, Deputy Clerk to the
        Honorable HAYWOOD S. GILLIAM, JR.

United States District Court
Northern District of California